UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Sonny JACKSON Jr.,

    Plaintiff,

v.

CITY OF HAMILTON,

    Defendant.

Civil No. 10-5353

**MEMORANDUM & ORDER**

THOMPSON, U.S.D.J.

    This matter comes before the Court upon Plaintiff, Sonny Jackson Jr.'s renewed application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. The Court previously denied Plaintiff's application because he had failed to submit (1) a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1); (2) a signed certification from an authorized officer of the correctional facility where he presently is confined; and (3) a six-month institutional account statement, as prescribed under 28 U.S.C. § 1915(a)(2). Plaintiff has now provided the Court with all three documents as required, and states that the issues he intends to present are that he was "violently struck by a Hamilton Township Cruiser," "brutally and viciously beaten," and that "Defendants used excessive force[.]" (Affidavit of Poverty & Account Certification at 2) [4]. It appearing that, based on Plaintiff's affidavit of poverty, Plaintiff is qualified to proceed *in forma pauperis*, Plaintiff's application will now be granted.

For the reasons stated above, and for good cause shown,

IT IS on this 18th day of January, 2011,

ORDERED that Plaintiff's Application to Proceed *in forma pauperis* is hereby GRANTED.

                                                  */s/ Anne E. Thompson*
                                                  ANNE E. THOMPSON, U.S.D.J.